UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

          Plaintiff,

- against -

C. TAYLOR CROTHERS PHOTOGRAPHY, INC.
and ASOCIACION DE INQUILINOS EN LA
LUCHA HOUSING DEVELOPMENT FUND
CORPORATION,

          Defendants.

21 Civ. 7996 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 14, 2021 is canceled. The plaintiff is reminded that he must serve the defendants within 90 days after the complaint is filed. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
          December 7, 2021

                                        John G. Koeltl
                                United States District Judge