```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

NAMEL NORRIS,

                Plaintiff,        21 Civ. 7996 (JGK)

    - against -           ORDER

C. TAYLOR CROTHERS PHOTOGRAPHY, INC.
and ASOCIACION DE INQUILINOS EN LA
LUCHA HOUSING DEVELOPMENT FUND
CORPORATION,

                Defendants.

-----------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    This case is dismissed without prejudice for failure to serve the summons and complaint as required. See Fed. R. Civ. P. 4(m).


SO ORDERED.

Dated:    New York, New York
            January 11, 2022

                                              _____
                                                John G. Koeltl
                                          United States District Judge