UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                Plaintiff,

   - against -

C. TAYLOR CROTHERS PHOTOGRAPHY, INC.
and ASOCIACION DE INQUILINOS EN LA
LUCHA HOUSING DEVELOPMENT FUND
CORPORATION,

                Defendants.

21 Civ. 7996 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 28, 2022, at 3:00 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
           April 21, 2022

                                      John G. Koeltl
                            United States District Judge