UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                    Plaintiff,                    21-cv-7996 (JGK)

        - against -                    ORDER

C. TAYLOR CROTHERS PHOTOGRAPHY,
INC. ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

On January 4, 2022, defendant Asociacion De Inquilinos En La Lucha Housing Development Fund Corporation was served with the complaint. ECF No. 11. On January 25 and March 23, 2022, the defendant requested extensions of the time to respond to the complaint on behalf of all defendants, both of which the Court granted. ECF Nos. 14-17. On April 25, 2022, the defendant requested a further extension on behalf of all defendants until June 9, 2022, which the Court granted, noting, "no further adjournments without good cause shown." ECF Nos. 19, 20. On May 3 and June 8, 2022, each defendant requested on its own behalf an extension of time until July 15, 2022 to respond to the complaint, and the Court granted both requests. ECF Nos. 21-24.

That time has passed, and neither defendant has responded to the complaint. Accordingly, the plaintiff should follow the Court's rules to seek default judgments against the defendants. If the plaintiff does not file an Order to Show Cause for a

Default Judgment by **August 10, 2022,** the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:      New York, New York
            July 26, 2022

                                          _____
                                              John G. Koeltl
                                          United States District Judge